UNITED STATES BANKRUPTCY COURT  
EASTERN DISTRICT OF NEW YORK  
---------------------------------------------------------X  
In re:

ASHMEEN MODIKHAN

                        Debtor(s)  
---------------------------------------------------------X

*Return Date:  November 20, 2025*  
*Time:  10:00 a.m.*

Chapter 13  
Case No.: 25-44044-206

**NOTICE OF MOTION**

SIRS / MADAMS:

      **PLEASE TAKE NOTICE**, that MICHAEL J. MACCO, Chapter 13 Trustee of the above captioned estate, will move before the Honorable Jil Mazer-Marino, United States Bankruptcy Judge, on the 20th day of NOVEMBER, 2025 at 10:00 a.m., at the United States Bankruptcy Court located at 271 Cadman Plaza East – Courtroom 3529, Brooklyn, New York 11201, for an Order pursuant to 11 U.S.C. §§521 & 1307(c), dismissing this case, by reason of the debtor(s)' ineligibility to qualify as a debtor under Chapter 13 by having another active bankruptcy case,  failure to submit monthly pre-confirmation payments, failure to provide and/or file documents, failure to be examined at the §341 meeting of creditors, and for such other and further relief as this Court deems just and proper.

      **PLEASE TAKE NOTICE**, that the hearing shall not be held in person but shall be held telephonically or by video.   Those intending to appear at the hearing must register with eCourt Appearances no later than two (2) days prior to the hearing.  The phone number or video link for the hearing will be emailed to those that register with eCourt Appearances in advance of the hearing.  Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126 .  If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347)394-1844, jmm_hearings@nyeb.uscourts.gov.

      **PLEASE TAKE NOTICE**, that the hearing on the Motion may be adjourned without notice other than announcement in open Court.

      **PLEASE TAKE FURTHER NOTICE**, that answering papers, if any, shall be filed with the Court and served on the undersigned no later than seven (7) days prior to the return date of this motion.

Dated: Islandia, New York  
       November 3, 2025

Yours, etc.

MICHAEL J. MACCO  
Chapter 13 Trustee  
2950 Express Drive South, Suite 109  
Islandia, NY   11749  
(631) 549-7900

To:    *Office of the United States Trustee*  
       *ASHMEEN MODIKHAN, Pro-Se Debtor(s)*  
       *All Interested Parties and Creditors*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X        **tmm1634**
In re:
                                                                 Chapter 13
                                                                 Case No.: 25-44044-206

ASHMEEN MODIKHAN

                    Debtor(s)                    **APPLICATION**
--------------------------------------------------------X
TO THE HONORABLE JIL MAZER-MARINO, UNITED STATES BANKRUPTCY JUDGE:

  MICHAEL J. MACCO, Chapter 13 Trustee of the above captioned estate, respectfully represents, as follows:

1. The debtor(s) filed a petition under the provisions of 11 U.S.C. Chapter 13 on August 25, 2025, and thereafter MICHAEL J. MACCO was duly appointed and has qualified as Trustee.

2. This case is not the only case filed by the debtor(s) that is currently open and pending under the jurisdiction of this Court.

3. The debtor(s) filed a petition for relief under Chapter 13 on October 31, 2019 under case number 1-19-46591-jmm and was represented by a bankruptcy attorney. The debtor's attorney was terminated on February 3, 2021 and the debtor represented themselves as Pro-Se after this date. The case was converted to Chapter 7 on March 1, 2021. As of the date of this motion, said case remains open and active.

4. The debtor(s) therefore has another open and active bankruptcy petition pending before this Court.

5. As of the date of this motion, the debtor(s) has failed to submit any monthly pre-confirmation payments to the Trustee under Chapter 13.

6. In addition, as of this date, the debtor(s) has failed to file and/or provide to the Trustee a Chapter 13 Plan for debt reorganization in the proper district form which includes a minimum percentage to pay unsecured claims in Part 5; a copy of *unredacted* identification forms; the debtor's email address; proof of property tax payments, when due; proof of homeowners insurance; an appraisal for both condominium units; an amended Statement of Financial Affairs accurately answering all questions completely and accurately; a copy of all litigation filing(s) in which the debtor is a party; Statement of Current Monthly Income and Means Test fully completed; complete set of schedules that accurately lists all assets and liabilities, income and expenses; copies of pay statements from employer for sixty (60) day period preceding filing, if applicable; a copy of utility bills for September 2025; a copy of *redacted* Chase Bank statements from February 1, 2025 through August 31, 2025; Federal tax transcripts for 2021, 2022, 2023, and 2024 tax years; copy of Fidelity account statement covering the period for the date of filing; a copy of *redacted* TD Bank statements from February 1, 2025 through August 31, 2025; and proof of post-petition homeowner's association fee payments for September and October 2025 in the fifteen (15) day period required under the Bankruptcy Code.

4. Furthermore, as of this date the debtor has failed to provide the Trustee with *redacted* copies of previous year's State and Federal Tax Returns; all filings required under Section 521; and all mandatory disclosure documentation as set forth in Local Bankruptcy Rule 2003-1.

5. Moreover, the debtor failed to be examined at the initial §341 meeting of creditors, held on October 22, 2025 at 10:00 a.m.

6. This is a material default and is prejudicial to the rights of the creditors of the debtor.

**WHEREFORE**, the Trustee requests an Order pursuant to the provisions of 11 U.S.C. §§521 & 1307(c), dismissing this case, and for such other and further relief as this Court deems just and proper.

Dated:  Islandia, New York
          November 3, 2025

                                          ***/s/ Michael J. Macco***
                                        Michael J. Macco, Chapter 13 Trustee
                                        2950 Express Drive South, Suite 109
                                        Islandia, NY   11749
                                        (631) 549-7900

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x   Case No: 25-44044-206
IN RE:


ASHMEEN MODIKHAN                              CERTIFICATE OF SERVICE
                                              BY MAIL AND ELECTRONIC
                                                      SERVICE
                        Debtor(s)
----------------------------------------------------------x

        This is to certify that I, Christine Prasnik, have this day served a true, accurate and correct copy of the within Notice of Motion and Application, by depositing a true copy of same, enclosed in a postage-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

*Ashmeen Modikhan*
*94-22 Magnolia Court*
*Unit 1B*
*Ozone Park, NY 11417*
*Debtor(s)*

and upon the following parties, by the e-mail address designated by said parties for that purpose:

*Office of the United States Trustee*
*Alexander Hamilton Custom House*
*Email: ustp.region02.br.tfrtdr@usdoj.gov*

*Katherine Heidbrink, Esq. on behalf of SN servicing Corporation*
*Friedman Vartolo LLP*
*Email: bkecf@friedmanvartolo.com*
*Attorney for Secured Creditor(s)*


This day of November 3, 2025,

*/s/ Christine Prasnik*
Christine Prasnik, Paralegal
Office of the Standing Chapter 13 Trustee
Michael J. Macco, Esq.
2950 Express Drive South, Suite 109
Islandia, NY 11749
(631) 761-9444